IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| iLIGHT TECHNOLOGIES, | ) |
|     Plaintiff, | ) ) ) Case No. 2:11-00027 ) Chief Judge Haynes |
| v. | ) ) |
| CITIZEN BANK, | ) ) |
|     Defendant. | ) |

## O R D E R

A status conference is set in this action for **Monday, November 25, 2013 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the __12th__ day of November 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court