# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISCTRICT OF TENNESSEE, AT NASHVILLE

| | | |
|---|---|---|
| ILIGHT TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:11-cv-00027 |
| CITIZENS BANK, | ) | JUDGE HAYNES |
| Defendant. | ) | JURY DEMAND |

**STIPULATION OF DISMISSAL PURSUANT TO FEDR. CIV. P. 41(a)(1)(A)(ii)**

Come the parties, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action without prejudice.

Respectfully submitted,

/s/ Greg Oakley
Greg Oakley
Oakley Rieger PLLC
411 Broadway, Ste 302
Nashville, TN 37203
(615)209-9814
(615)866-3675 facsimile
goakley@oakleyrieger.com

Counsel for Plaintiff

/s/ Jamie Winkler
Jamie D. Winkler
Bellar & Winkler
212 Main St.
Carthage, TN 37030
(615)735-1684
jdwinkler@bellsouth.net

Counsel for Defendant