IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ILIGHT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-0027 |
| | ) | JUDGE HAYNES |
| **CITIZENS BANK,** | ) | **12 PERSON JURY DEMAND** |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMANDA FLETCHER and LISA LOFTIS,** | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(c)(1)

Comes now the Third-Party Plaintiff, Citizens Bank (hereinafter referred to as the "Bank"), by and through counsel, pursuant to Rule 41(c)(1) of the Federal Rules of Civil Procedure and hereby gives notice of dismissal of its Third-Party Complaint in this action without prejudice.

Respectfully submitted,

s/ Jamie D. Winkler
**JACK O. BELLAR, BPR# 3157**
**JAMIE D. WINKLER, BPR #021094**
Attorneys for Defendant
Bellar & Winkler
212 Main Street North
P.O. Box 332
Carthage, Tennessee 37030
(615) 735-1684
bellarj@bellsouth.net
jdwinkler@bellsouth.net

1

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of this **Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(c)(1)** has been served on Filing Users through the Electronic Filing System to Mr. Gregory H. Oakley, goakley@dsattorneys.com, and Mr. Peter Robison, probison@dsattorneys.com, Attorneys for Plaintiff, Drescher & Sharp, P.C., 1720 West End Avenue, Suite 300, Nashville, Tennessee 37203; and via U. S. Mail, postage pre-paid to the last known address of the Third-Party Defendants, Ms. Amanda Fletcher, 3111 Deer Haven Drive, Algood, Tennessee 38506; and Ms. Lisa Loftis, 337 West Jerry Whitson Road, Cookeville, Tennessee 38501, on this the 25th day of November, 2013.

                s/ Jamie D. Winkler
                Jamie D. Winkler