IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ILIGHT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:11-cv-00027 |
| v. ) | Chief Judge Haynes |
| ) | |
| CITIZENS BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 24). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED without prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

ENTERED this the 26th day of November, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court